HENRY L. POPE, as Administrator of the Estate of EVELYN M. POPE, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30718.)

Submitted November 15, 1954; decided December 2, 1954.

*Nathaniel L. Goldstein, Attorney-General* (*Henry S. Manley* of counsel), for motion to dismiss appeal.

*Theodore M. Coburn* and *Henry Wm. Koch* opposed.

Motion to dismiss appeal denied. Motion to prosecute appeal as poor person granted.